UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 19-244 PAM/DTS

UNITED STATES OF AMERICA,

**INDICTMENT**

Plaintiff,

18 U.S.C. § 111(a)

v.

TRAVIS KYLE MAYER,

Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault on a Federal Officer)

On or about July 26, 2019, in the State and District of Minnesota, the defendant,

**TRAVIS KYLE MAYER,**

did knowingly, intentionally, and forcibly assault, resist, oppose, and impede Sherburne County Jail Correctional Officers M.W. and T.B., who were engaged in the performance of their official duties at the time, and on account of the performance of their official duties, by acts involving physical contact, all in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY           FOREPERSON