UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
19-cr-244 (PAM/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DETENTION |
| | ) | |
| TRAVIS KYLE MAYER, | ) | |
| a/k/a Eric Levia, | ) | |
| a/k/a Jean F. Perez Rivera | ) | |
| | | |
| Defendant. | | |

This matter came before the Court on September 19, 2019, for an initial appearance and arraignment. The defendant, Travis Kyle Mayer ("Mr. Mayer"), appeared in custody and was represented by counsel, Douglas Micko, Esq., of the Federal Public Defender's Office. The United States was represented by Assistant United States Attorney Alexander Chiquoine. Mr. Mayer was arraigned. The United States moved for detention. After being apprised of his rights, Mr. Mayer waived his right to a detention hearing.

In light of Mr. Mayer's waiver, Federal Rule of Criminal Procedure 5(d)(3), the standards and factors for detention set forth in 18 U.S.C. § 3142, and after considering the bond report provided by Pretrial Services, the Court finds that there is no condition or combination of conditions that will reasonably assure Mr. Mayer's appearance as required for future proceedings or the safety of the community if Mr. Mayer were released pending the resolution of the criminal charges against him.

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1. The motion of the United States for detention of the defendant is **GRANTED**;

2

2. The defendant is committed to the custody and care of the Attorney General for confinement in a correctional facility pending resolution of the criminal charges against him in this matter;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and,

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshals Service for the purpose of appearing in connection with further court proceedings.

Dated: September 19, 2019

                                                *s/David T. Schultz*
                                                DAVID T. SCHULTZ
                                                UNITED STATES MAGISTRATE JUDGE