IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Nancy E. Brasel | |
| Plaintiff, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | 19-cr-244 (1) (NEB/DTS) |
| | ) | Date: | September 25, 2020 |
| Travis Kyle Mayer, | ) | Court Reporter: | Erin Drost |
| | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 7D |
| Defendant. | ) | Time Commenced: | 3:00 p.m. |
| | ) | Time Concluded: | 4:30 p.m. |
| | ) | Time in Court: | 1 hours and 30 minutes |

## APPEARANCES:
Plaintiff:     Alex Chiquoine and David Steinkamp, Assistant U.S. Attorneys
Defendant:     Daniel Gerdts, CJA Appointed Attorney

## PROCEEDINGS:
☒ **Pretrial Conference.**
  ☒     Motions in Limine Hearing. Motions in Limine were moved, argued and taken under advisement. Order to follow.
  ☒     The Court reviewed trial protocol with the parties.
  ☒     Defendant is remanded to the custody of the USM.

Date: September 25, 2020                                                                                    s/KW
                                                                Signature of Courtroom Deputy to Judge Nancy E. Brasel