UNITED STATES DISTRICT COURT
STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA v. TRAVIS KYLE MAYER | | GOVERNMENT'S EXHIBIT LIST Criminal No. 19-244 (NEB/DTS) |
|---|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Nancy E. Brasel | AUSA Alexander D. Chiquoine<br>AUSA David P. Steinkamp | Daniel Gerdts |
| **TRIAL DATE(S)**<br>October 5, 2020 | **COURT REPORTER**<br>Erin Drost | **COURTROOM DEPUTY**<br>Kristine Wegner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Videos and photographs** |
| 1 | | | | | Pre-extraction video |
| 2 | | | | | Extraction video |
| 3 | | | | | Photo of door leading into S8 |
| 4 | | | | | Photo of hallway in S8 |
| 5 | | | | | Photo of Mayer's open cell door |
| 6 | | | | | Photo looking into Mayer's cell |
| 7 | | | | | Photo of ground outside cell door |
| 8 | | | | | Photo of substance on floor |
| 9 | | | | | Photo of substance near door hinge |
| 10 | | | | | Photo of outside of cell door S83 with pass-through slot |
| 11 | | | | | Photo of covered back cell window |
| 12 | | | | | Photo of covered security mirror |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | Photo of Officer Wise's arm |
| 17 | | | | | Photo of Officer Bergeron's pant leg |
| 18 | | | | | Photo of Officer Bergeron's arm |
| 19 | | | | | Photo of Officer Bergeron's face mask |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 20 | | | | | Photo of Officer Bergeron's face mask with substance on it |
| 21 | | | | | Close up of substance on Officer Bergeron's face mask |
| 22 | | | | | Photo of Officer Wise's elbow protectors |
| 23 | | | | | Up-close photo of Officer Wise's elbow protector with substance on it |
| 24 | | | | | Photo of Officer Bergeron's gas mask |
| 25 | | | | | Up-close photo of Officer Bergeron's gas mask with substance on it |
| 26 | | | | | Second close-up of Officer Bergeron's gas mask with substance on it |
| 27 | | | | | Third close-up of Officer Bergeron's gas mask with substance on it |
| 28 | | | | | Photo of the Exterior of Freeborn County Cell |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| **Calls recorded at Sherburne County Jail** | | | | | |
| 44 | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 45 | | | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 48b | | | | | Call from Mayer to Steven on 7/3/2019 |
| 49 | | | | | Call from Mayer to Cindy on 7/6/2019 |
| 50 | | | | | |
| 51 | | | | | Call from Mayer to Cindy on 7/10/2019 |
| 52 | | | | | |
| 53 | | | | | Call from Mayer to Steven on 7/16/2019 |
| 54 | | | | | |
| 54b | | | | | Call from Mayer to Cindy on 7/17/2019 |
| 55 | | | | | |
| 56 | | | | | |
| 57 | | | | | |
| 58 | | | | | |
| 59 | | | | | |
| 60 | | | | | |
| 60b | | | | | Call from Mayer to Cindy on 8/5/2019 |
| 61 | | | | | |
| 62 | | | | | |
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | Call from Mayer to Cindy on 10/9/2019 |
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | Call from Mayer to Cindy on 10/17/2019 |
| 70 | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 71 | | | | | |
| 72 | | | | | |
| 73 | | | | | |
| 74 | | | | | |
| 75 | | | | | Summary exhibit regarding Mr. Mayer's jail calls |
| 76 | | | | | |
| 77 | | | | | |
| 78 | | | | | |
| 79 | | | | | |
| | | **United States Marshals Service - Sherburne County Contract** | | | |
| 80 | | | | | Contract between the United States Marshals Service and Sherburne County effective January 2016 |
| 81 | | | | | |
| 82 | | | | | |
| | | **Sherburne County Jail Grievance** | | | |
| 83 | | | | | Grievance dated 7/20/2019 with Travis Mayer's name on it |
| 84 | | | | | |
| 85 | | | | | |
| 86 | | | | | |
| 87 | | | | | |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| 91 | | | | | |
| 92 | | | | | |
| 93 | | | | | |
| 94 | | | | | |
| 95 | | | | | |
| 96 | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 97 | | | | | |
| 98 | | | | | |
| 99 | | | | | |
| 100 | | | | | |
| 101 | | | | | |
| 102 | | | | | |
| 103 | | | | | |
| 104 | | | | | |
| 105 | | | | | |
| 106 | | | | | |
| 107 | | | | | |
| 108 | | | | | |
| 109 | | | | | |
| 110 | | | | | |
| 111 | | | | | |
| 112 | | | | | |
| 113 | | | | | |
| 114 | | | | | |
| 115 | | | | | |
| 116 | | | | | |
| 117 | | | | | |